[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 1213.]

THE STATE OF OHIO, APPELLANT, *v.* WILKINS, APPELLEE.

[Cite as *State v. Wilkins*, 1999-Ohio-405.]

*Appeal dismissed as improvidently allowed.*

(No. 98-895—Submitted March 30, 1999—Decided May 12, 1999.)

APPEAL from the Court of Appeals for Montgomery County, No. 16586.

————————————

*Mathias H. Heck, Jr.*, Montgomery County Prosecuting Attorney, *Cheryl A. Ross* and *Carley J. Ingram*, Assistant Prosecuting Attorneys, for appellant.

*Greger & Ovington, Lawrence J. Greger* and *Sharon L. Ovington*, for appellee.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————